## (August 14, 1979)

In the Matter of Luis Lozano, Petitioner, v Harold J. Soden, as a Justice of the Supreme Court of the State of New York, et al., Respondents. —Application for relief pursuant to CPLR article 78, denied and petition dated May 7, 1979 dismissed, without costs, on the ground the determination in question may be reviewed by way of appeal (CPLR 7801). Mahoney, P. J., Sweeney, Main, Mikoll and Herlihy, JJ., concur.